E-FILED
Tuesday, 17 November, 2026 11:14:45 AM
Clerk, U.S. District Court, ILCD

FILED
NOV 17 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-cr-10050 |
| | ) | |
| Plaintiff, | ) | VIOLATIONS: |
| | ) | |
| v. | ) | 18 U.S.C. § 844(e) |
| | ) | (Threats Regarding Explosives) |
| ANDREW M. KOZAK, | ) | |
| | ) | 18 U.S.C. § 875(c) |
| Defendant. | ) | (Interstate Communications of a Threat) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
(Threats Regarding Explosives)

On or about November 13, 2026, in the Central District of Illinois and elsewhere,

**ANDREW M. KOZAK,**

defendant herein, through the use of email, an instrument of interstate and foreign commerce, willfully made a threat to unlawfully damage and destroy a building and other real and personal property, by means of fire and an explosive, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

**COUNT 2**

(Interstate Communications of a Threat)

On or about November 13, 2026, in the Central District of Illinois and elsewhere,

**ANDREW M. KOZAK,**

defendant herein, knowingly and willfully did transmit in interstate and foreign commerce a threat to injure the person of another, in that the defendant sent and caused to be sent an email to BioUrja which indicated that explosive devices had been placed at the BioUrja facility in Peoria, Illinois.

All in violation of Title 18, United States Code, Section 875(c).

A True Bill,

redacted

Foreperson

redacted

GREGORY M. GILMORE
UNITED STATES ATTORNEY
djk/dfm