E-FILED
Tuesday, 17 November, 2026 04:23:37 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**ANDREW KOZAK,**
**Defendant.**

**Case No. 26-CR-10050**

**TEMPORARY ORDER OF DETENTION**

The Defendant appeared before this Court for an initial appearance following his arrest and subsequent Indictment. The detention hearing is set for Friday, November 20, 2026, at 11:00 a.m., before the Honorable Ronald L. Hanna, United States Magistrate Judge, in person in Courtroom D at the United States Courthouse in Peoria, Illinois. Pending the hearing, the Defendant shall remain in the custody of the United States Marshal, who is directed to produce the Defendant for the hearing.

ENTERED: November 17, 2026

s/ Ronald L. Hanna
U.S. MAGISTRATE JUDGE